Case 07-71569   Doc 43   Filed 02/04/08   Entered 02/04/08 08:47:11   Desc Main
            Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JEROME J. DIAKOW & BRENDA DIAKOW          Case Number: 07-71569
        960 MESA DRIVE                            SSN-xxx-xx-1664 & xxx-xx-0268
        LAKE IN THE HILLS, IL  60156

Case filed on: 6/30/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,560.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 1,647.43 | 0.00 |
| | Total Legal | 3,500.00 | 3,500.00 | 1,647.43 | 0.00 |
| 022 | ILLINOIS DEPARTMENT OF REVENUE | 797.00 | 797.00 | 0.00 | 0.00 |
| | Total Priority | 797.00 | 797.00 | 0.00 | 0.00 |
| 999 | JEROME J. DIAKOW | 0.00 | 0.00 | 720.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 720.00 | 0.00 |
| 005 | WELLS FARGO FINANCIAL INC | 18,998.18 | 18,998.18 | 1,144.59 | 799.41 |
| | Total Secured | 18,998.18 | 18,998.18 | 1,144.59 | 799.41 |
| 001 | AMERICAN HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 59,022.14 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 25,867.78 | 2,586.78 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 26,320.04 | 2,632.00 | 0.00 | 0.00 |
| 008 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 8,832.78 | 883.28 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 24,517.86 | 2,451.79 | 0.00 | 0.00 |
| 011 | B-REAL LLC | 31,368.67 | 3,136.87 | 0.00 | 0.00 |
| 012 | B-REAL LLC | 13,502.63 | 1,350.26 | 0.00 | 0.00 |
| 013 | B-REAL LLC | 21,348.81 | 2,134.88 | 0.00 | 0.00 |
| 014 | DAVID & LISA DOUROS | 3,500.00 | 350.00 | 0.00 | 0.00 |
| 015 | DISCOVER FINANCIAL SERVICES | 16,126.04 | 1,612.60 | 0.00 | 0.00 |
| 016 | FOX VALLEY INTERNAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MCHENRY RADIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROBERT STAERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WELLS FARGO FINANCIAL | 1,056.93 | 105.69 | 0.00 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 6,112.35 | 611.23 | 0.00 | 0.00 |
| 022 | ILLINOIS DEPARTMENT OF REVENUE | 105.00 | 10.50 | 0.00 | 0.00 |
| | Total Unsecured | 237,681.03 | 17,865.88 | 0.00 | 0.00 |
| | Grand Total: | 260,976.21 | 41,161.06 | 3,512.02 | 799.41 |

Total Paid Claimant:       $4,311.43
Trustee Allowance:         $248.57           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00              discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan